

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2020

No. 04-20-00481-CV

**IN THE INTEREST OF A.M. JR., A CHILD,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00115
Honorable H. Paul Canales, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due to be filed on October 5, 2020. On October 9, 2020, the court reporter filed a notification of late record stating she anticipates the record will be completed by October 19, 2020. It is ORDERED that the reporter's record must be filed in this appeal no later than October 19, 2020. TEX. R. APP. P. 35.3(c). **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court